UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LANG, JR., | No. 2:14-cv-777-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO SHERIFF DEPARTMENT OFFICER HEIN, et al., | |
| Defendants. | |

     Plaintiff, a civil detainee, proceeds pro se with this civil action. On July 8, 2014, the court directed plaintiff to submit documents for service of process on defendants, including seven copies of the endorsed March 26, 2014 complaint, one completed summons form, and six completed forms USM-285. On August 4, 2014, plaintiff submitted the required copies of the complaint. However, he did not submit a properly completed summons or properly completed USM forms because he did not name all of the defendants for which the court determined service to be appropriate – Hein, Green, Vale, McHenry, Cherry, and Belchamber – and he did not provide any addresses for service of process. Thus, plaintiff has not fully complied with the court's July 8, 2014 order. The court will grant plaintiff another opportunity to comply.

/////

/////

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall provide to plaintiff one summons and six forms USM-285.

2. Plaintiff shall, within 21 days from the date of this order, submit the properly completed summons and forms USM-285 (including the addresses of where each defendant may be served with process).

3. Failure to comply with this order may result in this action being dismissed.

Dated: August 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE